UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EXPRESS HARDWARE, INC.  § Case No. 12-07187
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/18/2013 in Courtroom 744, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2013      By: /s/DEBORAH K. EBNER
                                  Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: EXPRESS HARDWARE, INC. § | Case No. 12-07187 |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $  132,835.47

*and approved disbursements of*  $  54,842.29

*leaving a balance on hand of* [1]  $  77,993.18

**Balance on hand:**  $  77,993.18

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  77,993.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 7,397.07 | 0.00 | 7,397.07 |
| Trustee, Expenses - Deborah Ebner | 12.30 | 0.00 | 12.30 |
| Attorney for Trustee, Fees - Quarles & Brady LLP | 18,357.02 | 0.00 | 18,357.02 |
| Attorney for Trustee, Expenses - Quarles & Brady LLP | 80.60 | 0.00 | 80.60 |
| Accountant for Trustee, Fees - LOIS WEST | 2,001.00 | 0.00 | 2,001.00 |

Total to be paid for chapter 7 administration expenses:  $  27,847.99
Remaining balance:  $  50,145.19

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|   |   |   |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 50,145.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,730.82 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Pension Benefit Guaranty Corporation | 1,732.00 | 0.00 | 1,732.00 |
| 8P | Pension Benefit Guaranty Corporation | 120.00 | 0.00 | 120.00 |
| 11P | Pension Benefit Guaranty Corporation | 3,276.00 | 0.00 | 3,276.00 |
| 12P | Pension Benefit Guaranty Corporation | 141.66 | 0.00 | 141.66 |
| 13P | Department of Treasury-Internal Revenue Service | 3,461.16 | 0.00 | 3,461.16 |

|   |   |   |
|---|---|---|
| Total to be paid for priority claims: | $ | 8,730.82 |
| Remaining balance: | $ | 41,414.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,525,255.66 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Boyle & Chase, Inc. | 9,314.45 | 0.00 | 152.77 |
| 2 | Belwith Products, L.L.C. | 137.00 | 0.00 | 2.25 |
| 3 | Pitney Bowes Inc | 6,063.01 | 0.00 | 99.43 |
| 4 | Rocky Mountain Hardware Inc | 172.72 | 0.00 | 2.83 |
| 6 | Pension Benefit Guaranty Corporation | 1,346,396.00 | 0.00 | 22,080.99 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 7U | Pension Benefit Guaranty Corporation | 581,827.00 | 0.00 | 9,542.00 |
| 8U | Pension Benefit Guaranty Corporation | 30,000.00 | 0.00 | 492.00 |
| 10 | Pension Benefit Guaranty Corporation | 367,289.00 | 0.00 | 6,023.57 |
| 11U | Pension Benefit Guaranty Corporation | 143,521.00 | 0.00 | 2,353.75 |
| 12U | Pension Benefit Guaranty Corporation | 37,500.00 | 0.00 | 615.00 |
| 13U | Department of Treasury-Internal Revenue Service (no notice | 3,035.48 | 0.00 | 49.78 |

Total to be paid for timely general unsecured claims: $ 41,414.37
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-07187-ERW
Express Hardware, Inc.                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2              Date Rcvd: May 11, 2013
                              Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2013.
```
db            +Express Hardware, Inc.,    1203 South Northwest Highway,    Barrington, IL 60010-5203
18536009       Activant,    P.O. Box 671069,    Dallas, TX  75267-1069
18536010      +Albert M. Lies III,    3705 Lindsay Lane,    Crystal Lake, IL  60014-4781
18741601      +Belwith Products, L.L.C.,    Coface North America Insurance Company,
                50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ  08520-1415
18536011       Belwith Products, LLC,    2541 Momentum Place,    Chicago, IL  60689-5325
18536012      +Benjamin A. Yellin,    120 Haverton Way,    Barrington, IL  60010-2469
18536014       Boyle & Chase, Inc.,    Attn: David Keyo,    P.O. Box 74,    Accord, MA  02018-0074
18536015      +Converged Communicationn Sys,    2930 Central Street,    Evanston, IL 60201-1244
19357010       Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
18536016      +Dobe Agency,    120 Haverton Way,    Barrington, IL  60010-2469
18536018       Emtek Products, Inc.,    P.O. Box 31001-0823,    Pasadena, CA  91110-0823
18536019      +Express Hardware Defined Ben.,    1203 S. Northwest Highway,    Barrington, IL 60010-5203
18536017      +Express Hardware Profit Sh. Pl,    1203 S. Northwest Highway,    Barrington, IL 60010-5203
19045753       Pension Benefit Guaranty Corporation,    Attn: Joseph M. Krettek, Attorney,
                Office of the Chief Counsel,    1200 K Street, N.W., Suite 340,    Washington, D.C. 20005-4026
18536021       Pitney Bowes,    Global Financial Services LLC,    P.O. Box 371887,    Pittsburgh, PA  15250-7887
18536022       Pitney Bowes Global Financial,    P.O. Box 371887,    Pittsburgh, PA  15250-7887
18536024      +Rocky Mountain Hardware Inc,    P.O. Box 4108,    Hailey, ID 83333-4108
18536025       Scott Lift Truck Corporation,    1400 East Higgins Road,    Elk Grove Villag, IL  60007-1605
18536026      +Steven A. Yellin,    217 Alpine Drive,    Lake Zurich, IL 60047-1329
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18536013      +E-mail/Text: ruben@bouvet.com May 11 2013 18:38:26     Bouvet,    2425 3rd Street,
                San Francisco, CA 94107-3110
18753787      +E-mail/Text: bankruptcy@pb.com May 11 2013 14:46:38     Pitney Bowes Inc,
                4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
                                                                                              TOTAL: 2
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18536020*     +Express Hardware, Inc.,    1203 South Northwest Highway,    Barrington, IL 60010-5203
18536023     ##+Richard H. Fimoff,    25 East Washington Street,    Suite 1000,    Chicago, IL 60602-1705
                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: dramey             Page 2 of 2              Date Rcvd: May 11, 2013
                              Form ID: pdf006          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2013 at the address(es) listed below:

        Deborah Kanner Ebner   on behalf of Accountant   Popowcer Katten Ltd dkebner@debnertrustee.com, IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;admin.assistant@debnertrustee.com

        Deborah Kanner Ebner    dkebner@debnertrustee.com, IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;admin.assistant@debnertrustee.com

        Faye B Feinstein   on behalf of Trustee Deborah Kanner Ebner faye.feinstein@quarles.com, stella.love@quarles.com;anthony.steinike@quarles.com

        Joseph M Krettek   on behalf of Creditor    Pension Benefit Guaranty Corporation, U.S. Government Agency krettek.joseph@pbgc.gov,    efile@pbgc.gov

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Richard H Fimoff   on behalf of Debtor    Express Hardware, Inc. rfimoff@rsplaw.com,   fb@rsplaw.com

        Sarah Baker   on behalf of Trustee Deborah Kanner Ebner sarah.baker@quarles.com, milli.zukowsky@quarles.com

        TOTAL: 7