# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: EXPRESS HARDWARE, INC.                                    Case No. 12-07187

                                                                Chapter   7
_____,
                    Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,700.00                   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$50,145.19        Claims Discharged
                                                  Without Payment: $3,402,039.44

Total Expenses of Administration:$82,690.28

3) Total gross receipts of $     132,835.47   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        0.00   (see **Exhibit 2**), yielded net receipts of $132,835.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 82,690.28 | 82,690.28 | 82,690.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 8,730.82 | 8,730.82 | 8,730.82 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 928,581.32 | 3,456,865.66 | 2,525,255.66 | 41,414.37 |
| **TOTAL DISBURSEMENTS** | $928,581.32 | $3,548,286.76 | $2,616,676.76 | $132,835.47 |

4)  This case was originally filed under Chapter 7 on February 27, 2012. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2013            By:  /s/DEBORAH K. EBNER

                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 ─GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables | 1129-000 | 1,535.47 |
| Shelving, tools, carts, etc. | 1129-000 | 20,000.00 |
| Finished hardwares & parts | 1129-000 | 111,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$132,835.47** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 ─SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Auction Associates, Inc | 2500-000 | N/A | 923.34 | 923.34 | 923.34 |
| banking adjustment to split deposit between Express HArdware | 2690-000 | N/A | 49,894.00 | 49,894.00 | 49,894.00 |
| International Sureties | 2300-000 | N/A | 71.78 | 71.78 | 71.78 |

**UST Form 101-7-TDR (10/1/2010)**

| Deborah Ebner | 2100-000 | N/A | 7,397.07 | 7,397.07 | 7,397.07 |
| Deborah Ebner | 2200-000 | N/A | 12.30 | 12.30 | 12.30 |
| Commonwealth Edison | 2410-000 | N/A | 454.87 | 454.87 | 454.87 |
| Trustee Insurance Agency, Inc. | 2420-000 | N/A | 1,184.46 | 1,184.46 | 1,184.46 |
| Champion Energy | 2420-000 | N/A | 765.61 | 765.61 | 765.61 |
| Quarles & Brady LLP | 3210-000 | N/A | 18,357.02 | 18,357.02 | 18,357.02 |
| Quarles & Brady LLP | 3220-000 | N/A | 80.60 | 80.60 | 80.60 |
| LOIS WEST | 3410-000 | N/A | 2,001.00 | 2,001.00 | 2,001.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 173.72 | 173.72 | 173.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 159.56 | 159.56 | 159.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 175.56 | 175.56 | 175.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.42 | 169.42 | 169.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 150.96 | 150.96 | 150.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 177.58 | 177.58 | 177.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 161.07 | 161.07 | 161.07 |
| The Bank of New York Mellon | 2600-000 | N/A | 155.38 | 155.38 | 155.38 |
| Rabobank, N.A. | 2600-000 | N/A | 120.09 | 120.09 | 120.09 |
| Rabobank, N.A. | 2600-000 | N/A | 104.89 | 104.89 | 104.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $82,690.28 | $82,690.28 | $82,690.28 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 1,732.00 | 1,732.00 | 1,732.00 |
| 8P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 120.00 | 120.00 | 120.00 |
| 11P | Pension Benefit Guaranty Corporation | 5400-000 | N/A | 3,276.00 | 3,276.00 | 3,276.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 12P | Pension Benefit Guaranty Corporation | 5800-000 | N/A | 141.66 | 141.66 | 141.66 |
| 13P | Department of Treasury-Internal Revenue | 5800-000 | N/A | 3,461.16 | 3,461.16 | 3,461.16 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $8,730.82 | $8,730.82 | $8,730.82 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Boyle & Chase, Inc. | 7100-000 | 9,314.45 | 9,314.45 | 9,314.45 | 152.77 |
| 2 | Belwith Products, L.L.C. | 7100-000 | 137.00 | 137.00 | 137.00 | 2.25 |
| 3 | Pitney Bowes Inc | 7100-000 | 759.00 | 6,063.01 | 6,063.01 | 99.43 |
| 4 | Rocky Mountain Hardware Inc | 7100-000 | 172.72 | 172.72 | 172.72 | 2.83 |
| 5 | Pension Benefit Guaranty Corporation | 7100-000 | unknown | 706,649.00 | 0.00 | 0.00 |
| 6 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 1,346,396.00 | 1,346,396.00 | 22,080.99 |
| 7U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 581,827.00 | 581,827.00 | 9,542.00 |
| 8U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 30,000.00 | 30,000.00 | 492.00 |
| 9 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 224,961.00 | 0.00 | 0.00 |
| 10 | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 367,289.00 | 367,289.00 | 6,023.57 |
| 11U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 143,521.00 | 143,521.00 | 2,353.75 |
| 12U | Pension Benefit Guaranty Corporation | 7100-000 | N/A | 37,500.00 | 37,500.00 | 615.00 |
| 13U | Department of Treasury-Internal Revenue | 7100-000 | N/A | 3,035.48 | 3,035.48 | 49.78 |
| NOTFILED | Emtek Products, Inc. | 7100-000 | 532.15 | N/A | N/A | 0.00 |
| NOTFILED | Activant | 7100-000 | 3,499.68 | N/A | N/A | 0.00 |
| NOTFILED | Albert M. Lies III | 7100-000 | 33,858.00 | N/A | N/A | 0.00 |
| NOTFILED | Bouvet | 7100-000 | 418.04 | N/A | N/A | 0.00 |
| NOTFILED | Benjamin A. Yellin | 7100-000 | 302,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven A. Yellin | 7100-000 | 517,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Express Hardware Profit Sh. Pl | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Express Hardware Defined Ben. | 7100-000 | 59,819.00 | N/A | N/A | 0.00 |
| NOTFILED | Converged Communicationn Sys | 7100-000 | 571.28 | N/A | N/A | 0.00 |
| | National Home Products | 7100-000 | N/A | 693.81 | 693.81 | 693.81 |
| | National Home Products | 7100-000 | N/A | -693.81 | -693.81 | -693.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $928,581.32 | $3,456,865.66 | $2,525,255.66 | $41,414.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07187

**Case Name:** EXPRESS HARDWARE, INC.

**Period Ending:** 10/06/13

**Trustee:** (330480)   DEBORAH K. EBNER

**Filed (f) or Converted (c):** 02/27/12 (f)

**§341(a) Meeting Date:** 03/27/12

**Claims Bar Date:** 06/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Company checking/operating account | 700.00 | 0.00 | | 0.00 | FA |
| 2 | Accounts Receivables | 6,000.00 | 0.00 | | 1,535.47 | FA |
| 3 | Miscellaneous office equipment | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | Shelving, tools, carts, etc.  (See Footnote) | 15,000.00 | 0.00 | | 20,000.00 | FA |
| 5 | Finished hardwares & parts  (See Footnote) | 700,000.00 | 0.00 | | 111,300.00 | FA |
| 5 | **Assets    Totals** (Excluding unknown values) | **$726,700.00** | **$0.00** | | **$132,835.47** | **$0.00** |

RE PROP# 4      38%  of  funds allocated to Contract Builders Express

RE PROP# 5      38%  of  funds allocated to Contract Builders Express

---

**Major Activities Affecting Case Closing:**

   Final report approved, distribution made.

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**      May 8, 2013  (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-07187 | |
| **Case Name:** | EXPRESS HARDWARE, INC. | |
| **Taxpayer ID #:** | **-***7082 | |
| **Period Ending:** | 10/06/13 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******93-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | {2} | American Door and Dock | | 1129-000 | 677.82 | | 677.82 |
| 05/01/12 | | Liquid Asset Partners, LLC | Per Sale entered this morning | | 111,300.00 | | 111,977.82 |
| | {5} | | 42,294.00 | 1129-002 | | | 111,977.82 |
| | {5} | | 69,006.00 | 1129-000 | | | 111,977.82 |
| 05/01/12 | 101 | Deborah K. Ebner, Trustee Contract Builders Hardware, Inc | Per direction of Bank of New York Mellon to split deposit between cases. | 2690-000 | | 42,294.00 | 69,683.82 |
| 05/07/12 | 102 | Trustee Insurance Agency, Inc. | | 2420-000 | | 1,184.46 | 68,499.36 |
| 05/07/12 | 103 | American Auction Associates, Inc | | 2500-000 | | 396.80 | 68,102.56 |
| 05/07/12 | 104 | American Auction Associates, Inc | Tribune Ad - allocation of 62% of cost to this estate. | 2500-000 | | 441.60 | 67,660.96 |
| 05/07/12 | 105 | American Auction Associates, Inc | | 2500-000 | | 84.94 | 67,576.02 |
| 05/08/12 | {2} | Classic Brass Hardware, Inc | AR collection | 1129-000 | 857.65 | | 68,433.67 |
| 05/08/12 | | Quarles & Brady, LLP | escrow deposit from Sale- funds to be split between Express and Contract Hardware cases | | 20,000.00 | | 88,433.67 |
| | {4} | | 7,600.00 | 1129-002 | | | 88,433.67 |
| | {4} | | 12,400.00 | 1129-000 | | | 88,433.67 |
| 05/08/12 | 106 | D. Ebner, Trustee Contract Hardware, Inc. | allocation of 38% of purchase price to Contract Hardware Case case Voided on 05/08/12 | 2690-000 | | 7,600.00 | 80,833.67 |
| 05/08/12 | 106 | D. Ebner, Trustee Contract Hardware, Inc. | allocation of 38% of purchase price to Contract Hardware Case case Voided: check issued on 05/08/12 | 2690-000 | | -7,600.00 | 88,433.67 |
| 05/08/12 | 107 | D. Ebner, Trustee Contract Builder's Hardware | | 2690-000 | | 7,600.00 | 80,833.67 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 173.72 | 80,659.95 |
| 06/06/12 | 108 | Commonwealth Edison | | 2410-000 | | 86.89 | 80,573.06 |
| 06/06/12 | 109 | Champion Energy | | 2420-000 | | 91.70 | 80,481.36 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 159.56 | 80,321.80 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.56 | 80,146.24 |
| 08/20/12 | 110 | Champion Energy | | 2420-000 | | 673.91 | 79,472.33 |
| 08/22/12 | 111 | Commonwealth Edison | | 2410-000 | | 367.98 | 79,104.35 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.42 | 78,934.93 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.96 | 78,783.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 177.58 | 78,606.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 161.07 | 78,445.32 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 155.38 | 78,289.94 |

Subtotals :          $132,835.47          $54,545.53

{} Asset reference(s)

Printed: 10/06/2013 11:52 AM     V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-07187

**Case Name:** EXPRESS HARDWARE, INC.

**Taxpayer ID #:** **-***7082

**Period Ending:** 10/06/13

**Trustee:** DEBORAH K. EBNER (330480)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******93-66 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033048088<br>20130103 | 9999-000 | | 78,289.94 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 132,835.47 | 132,835.47 | **$0.00** |
| Less: Bank Transfers | 0.00 | 78,289.94 | |
| **Subtotal** | 132,835.47 | 54,545.53 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$132,835.47** | **$54,545.53** | |

{} Asset reference(s)

Printed: 10/06/2013 11:52 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-07187 | **Trustee:** DEBORAH K. EBNER (330480) |
| **Case Name:** EXPRESS HARDWARE, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****761566 - Checking Account |
| **Taxpayer ID #:** **-***7082 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/06/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 78,289.94 | | 78,289.94 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.09 | 78,169.85 |
| 02/07/13 | 10112 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2012 FOR CASE #12-07187, Bind # 016026455 | 2300-000 | | 71.78 | 78,098.07 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.89 | 77,993.18 |
| 03/04/13 | {2} | National Home Products | AR | 1129-000 | 693.10 | | 78,686.28 |
| 03/06/13 | {2} | National Home Product - posting error | AR | 1129-000 | 0.71 | | 78,686.99 |
| 03/11/13 | | National Home Products | Corrects error posting | 7100-000 | | -693.81 | 79,380.80 |
| 03/11/13 | | National Home Products | Posted in error | 7100-000 | | 693.81 | 78,686.99 |
| 03/11/13 | {2} | National Home Products | Debtor's creditor stopped payment of check number 41748 in the amount of $693.81. It appears as if the funds should have been propserly payable to Trustee's purchaser. Trustee is investigating. | 1129-000 | -693.81 | | 77,993.18 |
| 06/19/13 | 10113 | LOIS WEST | Dividend paid 100.00% on $2,001.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,001.00 | 75,992.18 |
| 06/19/13 | 10114 | Deborah Ebner | Dividend paid 100.00% on $12.30, Trustee Expenses;  Reference: | 2200-000 | | 12.30 | 75,979.88 |
| 06/19/13 | 10115 | Deborah Ebner | Dividend paid 100.00% on $7,397.07, Trustee Compensation;  Reference: | 2100-000 | | 7,397.07 | 68,582.81 |
| 06/19/13 | 10116 | Quarles & Brady LLP | Dividend paid 100.00% on $18,357.02, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 18,357.02 | 50,225.79 |
| 06/19/13 | 10117 | Quarles & Brady LLP | Dividend paid 100.00% on $80.60, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 80.60 | 50,145.19 |
| 06/19/13 | 10118 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $3,276.00; Claim# 11P; Filed: $3,276.00; Reference: | 5400-000 | | 3,276.00 | 46,869.19 |
| 06/19/13 | 10119 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $1,732.00; Claim# 7P; Filed: $1,732.00; Reference: | 5800-000 | | 1,732.00 | 45,137.19 |
| 06/19/13 | 10120 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $120.00; Claim# 8P; Filed: $120.00; Reference: | 5800-000 | | 120.00 | 45,017.19 |
| 06/19/13 | 10121 | Pension Benefit Guaranty Corporation | Dividend paid 100.00% on $141.66; Claim# 12P; Filed: $141.66; Reference: | 5800-000 | | 141.66 | 44,875.53 |
| 06/19/13 | 10122 | Department of Treasury-Internal Revenue Service | Dividend paid 100.00% on $3,461.16; Claim# 13P; Filed: $3,461.16; Reference: | 5800-000 | | 3,461.16 | 41,414.37 |

Subtotals :      $78,289.94      $36,875.57

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-07187 | |
| **Case Name:** EXPRESS HARDWARE, INC. | |
| **Taxpayer ID #:** **-***7082 | |
| **Period Ending:** 10/06/13 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****761566 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/13 | 10123 | Boyle & Chase, Inc. | Dividend paid  1.64% on $9,314.45; Claim# 1; Filed: $9,314.45; Reference: 1179 | 7100-000 | | 152.77 | 41,261.60 |
| 06/19/13 | 10124 | Belwith Products, L.L.C. | Dividend paid  1.64% on $137.00; Claim# 2; Filed: $137.00; Reference: 4203 | 7100-000 | | 2.25 | 41,259.35 |
| 06/19/13 | 10125 | Pitney Bowes Inc | Dividend paid  1.64% on $6,063.01; Claim# 3; Filed: $6,063.01; Reference: 1179 | 7100-000 | | 99.43 | 41,159.92 |
| 06/19/13 | 10126 | Rocky Mountain Hardware Inc | Dividend paid  1.64% on $172.72; Claim# 4; Filed: $172.72; Reference: 2202 | 7100-000 | | 2.83 | 41,157.09 |
| 06/19/13 | 10127 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $1,346,396.00; Claim# 6; Filed: $1,346,396.00; Reference: | 7100-000 | | 22,080.99 | 19,076.10 |
| 06/19/13 | 10128 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $581,827.00; Claim# 7U; Filed: $581,827.00; Reference: | 7100-000 | | 9,542.00 | 9,534.10 |
| 06/19/13 | 10129 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $30,000.00; Claim# 8U; Filed: $30,000.00; Reference: | 7100-000 | | 492.00 | 9,042.10 |
| 06/19/13 | 10130 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $367,289.00; Claim# 10; Filed: $367,289.00; Reference: | 7100-000 | | 6,023.57 | 3,018.53 |
| 06/19/13 | 10131 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $143,521.00; Claim# 11U; Filed: $143,521.00; Reference: | 7100-000 | | 2,353.75 | 664.78 |
| 06/19/13 | 10132 | Pension Benefit Guaranty Corporation | Dividend paid  1.64% on $37,500.00; Claim# 12U; Filed: $37,500.00; Reference: | 7100-000 | | 615.00 | 49.78 |
| 06/19/13 | 10133 | Department of Treasury-Internal Revenue Service (no notice | Dividend paid  1.64% on $3,035.48; Claim# 13U; Filed: $3,035.48; Reference: IRS RECEIVED NO NOTICE OF | 7100-000 | | 49.78 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 78,289.94 | 78,289.94 | $0.00 |
| Less: Bank Transfers | 78,289.94 | 0.00 | |
| **Subtotal** | 0.00 | 78,289.94 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$78,289.94** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 12-07187

**Case Name:** EXPRESS HARDWARE, INC.

**Taxpayer ID #:** **-***7082

**Period Ending:** 10/06/13

**Trustee:** DEBORAH K. EBNER (330480)

**Bank Name:** Rabobank, N.A.

**Account:** ****761566 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | |
| **Checking # 9200-******93-66** | | | | 132,835.47 | 54,545.53 | 0.00 |
| **Checking # ****761566** | | | | 0.00 | 78,289.94 | 0.00 |
| | | | | $132,835.47 | $132,835.47 | $0.00 |

{} Asset reference(s)

Printed: 10/06/2013 11:52 AM   V.13.13